PD-1501-15

PD-1501-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/19/2015 2:34:44 PM
Accepted 11/20/2015 11:31:01 AM
ABEL ACOSTA
CLERK

CAUSE NO. 12-13-00394-CR

| | | |
|---|---|---|
| RAY HAWKINS, JR., | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN TYLER, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 12TH JUDICIAL DISTRICT |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, RAY HAWKINS JR., Appellant, and files this Motion for Extension of Time to File Appellant's Petition For Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

The Twelfth Court of Appeals issued its Opinion in this case on October 21, 2015. No motion for rehearing was filed. Appellant's Petition for Discretionary Review is due to be filed by November 20, 2015. This is Appellant's first request for an extension of time. Appellant requests an extension of forty-five (45) days to file the petition.

II.

In the past thirty (30) days, counsel was engaged in the following matters, which preclude completion of Appellant's Petition for Discretionary Review:

A. On October 23, 2015, Counsel for Appellant appeared for a hearing on an Art. 11.07 post-conviction writ of habeas corpus in the case styled *Ex Parte Cleveland Erric Jetson*; Cause No. 1201724-A, pending in the 180th District Court of Harris County, Texas.

B. On October 27, 2015, Counsel for Appellant appeared for docket call in the case styled *The State of Texas v. Lisa Perry*; Cause No. 1448959, pending in the 209th District court of Harris County, Texas.

C. On October 28, 2015, Counsel for Appellant appeared for docket call in the case styled *The State of Texas v. Brittany Fields*; Cause No. 2050500, pending in the County Criminal Court at Law No. 15 of Harris County, Texas.

D. On November 2, 2015 Counsel for Appellant appeared for a pre-trial conference and motions hearing in the case styled *The State of Texas v. Mike Florez*; Cause No. 1986009, pending in the County Criminal Court at Law No. 10 of Harris County, Texas.

E. On November 3, 2015 Counsel for Appellant appeared for docket call in the case styled *State of Texas v. Qiao Dai*; Cause No. 15-CCR-179998, pending in the County Court at Law No. 2 of Fort Bend County, Texas.

F. On November 5, 2015 Counsel for Appellant appeared for a motion hearing in the case styled *State of Texas v. Whitney Miniex*; Cause No. 2034415, pending in the County Criminal Court at Law No. 6 of Harris County, Texas.

G. On November 10, 2015, Counsel for Appellant appeared for docket call in the case styled *The State of Texas v. Katwalla Clay*, Cause No. 2051580, pending in the County Criminal Court at Law No. 13 of Harris County, Texas.

H. On November 12, 2015, Counsel for Appellant appeared for docket call in the case styled *The State of Texas v. Karmaneisha Jackson*, Cause No. 1984477, pending in the County Criminal Court at Law No. 14 of Harris County, Texas.

I. On November 18, 2015, Counsel for Appellant traveled to Beaumont, Texas to conference with an incarcerated client in the case styled *In the Matter of the Parole of Dane Clark Torres*; TDCJ No. 1211067.

J. On November 19, 2015, Counsel for Appellant appeared for docket call in the case styled *The State of Texas v. Ronnie Ware*, Cause No. 1479224, pending in the 184th District Court of Harris County, Texas.

K. Counsel for Appellant is preparing for a hearing, set November 23, 2015, in an Art. 11.07 post-conviction writ hearing in the case styled *Ex Parte Larry Mendoza*, Cause Nos. 1059050-A and 1059051-A, pending in the 177th District Court of Harris County, Texas.

IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an

extension of forty-five (45) days, or until January 7, 2016, for Appellant to submit the Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of forty-five (45) days, for Appellant to submit the Petition for Discretionary Review in this case.

Respectfully submitted,

/s/ Steven J. Lieberman
STEVEN J. LIEBERMAN
TBA No. 12334020
JPMorgan Chase Bank Building
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone:  (713) 228-8500
Facsimile:  (713) 228-0034
Email: slieber699@aol.com

COUNSEL FOR APPELLANT,
RAY HAWKINS JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Petition For Discretionary Review was served via e-mail delivery through eFile.TXCourts.gov to Nancy M. Nemer, Special Prosecutor, Texas Attorney General's Office, 300 W. 15th Street, Austin, Texas 78711 and Lisa McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711, on this the 19th day of November 2015.

/s/ Steven J. Lieberman
STEVEN J. LIEBERMAN

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the Motion for Extension of Time contains 930 words.

/s/ Steven J. Lieberman
STEVEN J. LIEBERMAN